THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BROWN, Appellant, v JAMES CONWAY, as Superintendent of Attica Correctional Facility, Respondent.

Submitted February 23, 2009; decided March 31, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies to the Court of Appeals from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST SMITH, Appellant, v FRANSISCO RIVERA, as Superintendent of Wallkill Correctional Facility, Respondent.

Submitted February 9, 2009; decided March 31, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

In the Matter of the Claim of BARBARA PETERSON, Respondent, v FACULTY STUDENT ASSOCIATION et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Submitted January 26, 2009; decided March 31, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.